VIRGINIA W. BURLEIGH et al., Appellants, *v.* ROBERT
CENTER, Trustee, etc., Respondent.

(Submitted June 3, 1878 ; decided June 11, 1878.)

THIS action was brought to compel defendant to unite with his co-trustee, the plaintiff Schenck, in paying to plaintiff Burleigh, a sum alleged to be in their hands, as income of the trust estate to which she was entitled. The amount claimed was less than $500. Defendant demurred to the complaint, and upon an order sustaining the demurrer a judgment was entered in favor of defendant. *Held*, that the case was not appealable to this court.

*Douglas Campbell* for appellants.

*Joseph Larocque* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.

---

WILLIAM J. RANDOLPH, Respondent, *v.* THE BOSTON AND
ALBANY RAILROAD COMPANY, Appellant.

(Argued June 5, 1878 ; decided June 18, 1878.)

*George W. Miller* for appellant.

*E. Countryman* for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.